IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY S. CLEGG, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:16cv851-MHT |
| | ) | (WO) |
| SIMONE PARKER, et al., | ) | |
| | ) | |
|   Defendants. | ) | |

### JUDGMENT

As plaintiff has a clear right to dismiss this case at this stage of the proceedings, Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that plaintiff's motion to dismiss (doc. no. 18) is granted, and this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE